Tommy SF Wang (SBN 272409)
Annie Wong (SBN: 295289)
Angelica Victoria O. De Mesa (SBN: 313602)
WANG IP LAW GROUP, P.C.
18645 Gale Avenue, Suite 205
Industry, California 91748
Tel: 626-269-6753
Fax: 888-827-8880
Email: twang@thewangiplaw.com, awong@thewangiplaw.com, ademesa@thewangiplaw.com

Attorneys for Plaintiff, Peter Kao

# UNITED STATES DISTRICT COURT
## CENTRAL DISCTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KAO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SNOW MONSTER INC., a California Corporation; CAFE DE PARIS, Inc., a California corporation; HEEKTEA, a business entity unknown; CINDY CAI, an individual; and does 1 to 10, Inclusive,<br><br>Defendants. | Case No.: 2:17-cv-08934-RSWL-GJS<br><br>**PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS**<br><br>Date: November 5, 2019<br>Time: 9:00 a.m.<br>Dept.: 6C<br>Judge: Hon. Ronald S. Lew |

//
//
//
//
//
//
//

1
**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

# **PLAINTIFF PETER KAO'S PROPOSED *VOIR DIRE* QUESTIONS**

COMES NOW, Plaintiff, Peter Kao, and in accordance with the Local Rules of the Central District of California and this Court's Procedures, submits the following proposed *voir dire* questions:

1. Have you heard of Snow Monster before? Please just answer yes or no.
   a. What do you know about Snow Monster?
   b. Where did you hear about Snow Monster?
   c. What information about Snow Monster did you hear?
   d. Is there anything about the information you heard that would prevent you from being a fair and impartial juror on this case?
2. Have you seen any of Snow Monster's social media pages and/or posts (e.g. Instagram, Yelp, Facebook)? Please just answer yes or no.
   a. What did you see?
   b. Do you have any opinions as to what you saw?
   c. Have you posted and/or commented about Snow Monster using your own social media accounts?
   d. What did you post and/or commented?
   e. Have you seen any of your family members, friends, and/or co-workers post about Snow Monster in their respective social media accounts?
   f. What did they post about Snow Monster?
   g. Is there anything about the social media pages and/or posts relating Snow Monster that would prevent you from being a fair and impartial juror on this case?
3. Have you visited any of Snow Monster's store locations (e.g. Anaheim Packing District, Long Beach, Westminster, Irvine, Los Angeles, Universal CityWalk)? Please just answer yes or no. (If yes, side bar to probe observation about Snow Monster.)

      a. How many of you have seen the desserts, bubble tea, and/or ice cream from Snow Monster?

      b. How many of you have bought the desserts, bubble tea, and/or ice cream from Snow Monster?

      c. How many of you have consumed the desserts, bubble tea, and/or ice cream from Snow Monster?

      d. How many of you know any family members, friends, and/or co-workers who have tried the desserts, bubble tea, and/or ice cream from Snow Monster?

      e. Did you have any personal opinions as to Snow Monster and/or its products?

      f. Is there anything about your opinion that would prevent you from being a fair and impartial juror on this case?

4. How many of you have seen light-bulb shaped jars used to hold bubble teas, or "Boba" tea drinks as more commonly called?

      a. If you have seen these light-bulb shaped jars for boba tea drinks, did you see it at Snow Monster?

5. How many of you have purchased bubble teas or "Boba" tea drinks within the past month?

6. Do you, a family member, or a close friend have any business relationship with Snow Monster, Inc.?

7. Do any of you know Kathy Vu?  Vachara Ta Chirayos?

      a. How do you know them?

      b. Did you have any contacts with either Ms. Vu or Mr. Chirayos in 2017 through 2019?

8. Do any of you know Peter Kao?

      a. How do you know him?

      b. Did you have any contacts with Mr. Kao in 2017 through 2019?

9. Do any of you have strong feelings or opinions about the United States patent system or intellectual property laws?

10. Do any of you have strong feelings or opinions about the damages awarded in patent cases?

11. Are any of you familiar with the term "design patent"? If so, what does that term mean to you?

12. Do any of you believe that patents unfairly limit competition?

13. Is there anyone on the panel who believes that certain kinds of ideas should not be patented?

14. Do any of you, a family member, or close friend, have any special training, education, or work experience in the following areas:

    a. Law, Court System;

    b. Patents, Copyrights, Trademarks;

    c. Design or industrial design;

    d. Procurement of goods for a supply chain management;

    e. Bubble tea shops, booths, or stands;

    f. Accounting;

    g. Marketing;

    h. Contracts;

    i. Research and development.

15. Have any of you or your immediate family ever owned a business?

    a. What type of business?

    b. Do you still own the business to this day?

16. Have you ever been on a jury?

    a. Was it criminal or civil case?

    b. What was the outcome?

    c. Were you the foreperson for that case?

17. Have any of you ever been involved in a lawsuit (e.g. Plaintiff,

Defendant, or witness)?

    a. What was your involvement and what happened?

    b. Were you satisfied with the outcome?

    c. Have any of you been involved in a trademark dispute? Copyright dispute? Patent Dispute?

    d. If so, what happened?

18. What is the highest level of education that you have completed?

19. What is your current employment status?

    a. Who is your employer/last employer?

    b. How long have you worked, or did you work for this employer?

    c. What are/were your job duties?

    d. Do/did you supervise others?

20. Is there anything that may affect your ability to serve as a juror in this case?

DATED:  October 29, 2019                           Respectfully submitted,

                                               By:   /s/ Tommy SF Wang
                                                      Attorney for Plaintiff Peter Kao

# **CERTIFICATE OF SERVICE**

In accordance with Rule 5-3 of the Local Civil Rules of the United States District Court for the Central District of California, the undersigned hereby certifies that on October 29, 2019, a true and correct copy of the foregoing document was filed through the Courts CM/ECF System and thereby caused to be served by email on all counsel of record.

/s/ Angelica Victoria O. De Mesa

Angelica Victoria O. De Mesa