JS-6
Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Lara A. Petersen, SBN 318475
**OMNI LEGAL GROUP**
10866 Wilshire Blvd., Suite 400
Los Angeles, California 90024
Phone:       310.276.6664
Facsimile:   310.305.1550
omid@omnilegalgroup.com
ariana@omnilegalgroup.com
lara@omnilegalgroup.com

Attorneys for Defendant,
SNOW MONSTER INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KAO, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SNOW MONSTER INC., a California Corporation; CAFÉ DE PARIS, INC., a California corporation; HEEKTEA, a business entity unknown; CINDY CAI, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-08934-RSWL (GJXs)<br><br>**DISMISSAL WITH PREJUDICE** |

Plaintiff Peter Kao ("Plaintiff") brought the present action against Defendant Snow Monster Inc. ("Defendant") alleging design patent infringement.

Pursuant to joint stipulation by Plaintiff and Defendant, IT IS HEREBY ORDERED that this matter be, and hereby is, dismissed with prejudice. Plaintiff and Defendant are to bear their own costs and fees.

DATED: November 7, 2019

/s/ RONALD S.W. LEW
Ronald S.W. Lew
United States District Judge